IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> VS. <br><br> **DANIELLE N. PARKS,** <br><br> Defendant | NO. 5:10-MJ-03-11 (CWH) <br><br> **Violation: 18 U.S.C. §641** |

# VERDICT OF THE COURT

The above-captioned matter this day came on for a NON-JURY trial before the undersigned. Upon consideration of the testimony of Julie Akins of AAFES and Senior Airman Michael O'Neil of the 78th Security Forces at Robins Air Force Base on behalf of the government and of Karen Hylton, sister of defendant Parks, I find the defendant **DANIELLE N. PARKS** GUILTY of THEFT OF GOVERNMENT PROPERTY at Robins Air Force Base, Georgia, on or about February 3, 2010, as charged in the Information herein. Defendant Parks conceded that she failed to pay for a bottle of Stacker pills, a photo cube, and a keychain before leaving the Base Exchange at Robins Air Force Base, Georgia, but claimed that this was an honest mistake on her part. Ms. Akins testified that she observed Ms. Parks take the pills and found the other items in her shopping cart when she was apprehended. A review of the video taken by Ms. Akins supports her testimony and indicates to the undersigned that, by her actions, the defendant's failure to pay was knowing and intentional. Accordingly, the defendant is convicted as charged.

Dated at Macon, Georgia, this 12th day of MAY, 2010.



*/s/ Claude W. Hicks, Jr.*

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE